IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEELEY BOGART and JULIE SCHAUS, on behalf of themselves individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NAVVIS & COMPANY, LLC,

Defendant.

Case No. 3:24-CV-391-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary Dismissal Without Prejudice dated March 19, 2024 (Doc. 16), this entire action was voluntarily **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED: March 20, 2024

MONICA A. STUMP,
Clerk of Court

By: s/ *Deana Brinkley*
Deputy Clerk

APPROVED: *Nancy J. Rosenstengel*
**NANCY J. ROSENSTENGEL**
Chief U.S. District Judge